

# Fourth Court of Appeals
## San Antonio, Texas

November 21, 2016

No. 04-16-00566-CR

Ex Parte George **RODRIGUEZ, JR.,**
Appellant

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 14-03-11476-CR
The Honorable Camile G. Dubose, Judge Presiding

## O R D E R

The State's brief was due to be filed with this court on November 14, 2016. To date, the State has not filed its brief or a motion for extension of time to file its brief.

If the State wishes to file a brief in this appeal, we ORDER the State's attorney to file within TEN DAYS of the date of this order (1) the State's brief, and (2) a reasonable explanation for failing to timely file the brief. *See* TEX. R. APP. P. 38.6(d).

If the State wishes its response to serve as a motion for extension of time, it must comply with Rule 10.5(b)(1) of the Texas Rules of Appellate Procedure and the Fourth Court of Appeals' local rules. *See id.* R. 10.5(b)(1); 4TH TEX. APP. (SAN ANTONIO) LOC. RS., http://www.txcourts. gov/4thcoa/practice-before-the-court/local-rules/.

If this court does not receive an adequate response from the State within ten days, this appeal will be set for submission without a State's brief.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of November, 2016.

_____
Keith E. Hottle
Clerk of Court